977 F.2d 569
 Stiles (Agnes), Estate of Spangler (Mary M.), Coughlin
(Sheila A.), Falciani (Glenn)
v.
Cawman (John W.), Hoffman (Joseph), Mooney (Lori), Donovan
(Kathleen), Kelly (Edward, Jr.), Keating (Michael), Pulvino
(Angelo F.), Nardelli (John), Drake (Patricia), Rodgers
(Frank E.), Driver (Albert, Jr.), Lashomb (Herbert), CLayton
(Jane), Scerbo (Alphonse), Haines (M. Dean), Kattak
(William), Widin (R. Peter), Ackerman (Helen), Halpin
(Walter), Lee (Terrance), Tirpok (Dorothy)
 NO. 92-5181
 United States Court of Appeals,
Third Circuit.
 Sept 25, 1992
 
 Appeal From: D.N.J.,
 Rodriguez, J.
 
 
 1
 AFFIRMED.